# Exhibit C

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK**

Attorneys: Company: Liakas Law PH:
Address: 65 Broadway 13th FL NY, NY 10005

Hannah Morrison and Dodge Woertendyke

*Plaintiff*

vs

The City of New York, Brendan Brandley, Shield No. 1507, Erin McMarrow, Shield No. 2386,
and John Does # 1–5

*Defendant*

| | |
|---|---|
| Index Number: 157784/2021 |
| Date Filed: 10/27/2021 |
| County : New York County |
| Court : Supreme Court |

STATE OF NY, COUNTY OF KINGS, SS.:
**Raed Ibrahim**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York

On **11/16/2021**, at **11:27 AM** at: **1 POLICE PLAZA , New York, NY 10038** Deponent served the within Summons and Complaint

On: **Brendan Brandley, Shield No. 1507**
**NYPD Warrant Section** (herein after called the recipient) therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to P.O. Moore a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| | | |
|---|---|---|
| Sex: Male | Color of skin: White | Color of hair: Black    Glasses: |
| Age: 36-50 | Height: 5ft 9in - 6ft 0in | Weight: 131-160 Lbs.    Other Features: |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 COMMENTS**

Sworn to before me on 11/19/2021

ABEDALRAHMAN QUNBAR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01QU6404555
Qualified in Kings County
Commission Expires    Feb 24, 2024

QUNBAR, ABEDALRAHMAN
01QU6404555
APPOINTED IN KINGS COUNTY
MY COMMISSION EXPIRES 2/24/2024

Raed Ibrahim

1326602

*HQ COURT SERVICES, 6024 20TH AVE, BROOKLYN, NY 11204 LICENSE #2095805-DCA*