# Exhibit E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------x
HANNAH MORRISON and DODGE WOERTENDYKE,

                    Plaintiffs,

- against -

THE CITY OF NEW YORK, BRENDAN BRADLEY, SHIELD NO. 1507, ERIN McMORROW, SHIELD NO. 2386, and JOHN DOES #1-5,

                    Defendants.
-----------------------------------------------------------------------x

Index No. # 159784/2021

Law Dep't No.: 2021-001602

**CONSENT TO REMOVAL**

**DET. BRENDAN BRADLEY**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:     New York, New York

             November 18, 2021

                                                                   _____
                                                                  Det. Brendan Bradley