# Exhibit F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
HANNAH MORRISON and DODGE WOERTENDYKE,

                                 Plaintiffs,

- against -

THE CITY OF NEW YORK, BRENDAN BRADLEY, SHIELD
NO. 1507, ERIN McMORROW, SHIELD NO. 2386, and JOHN
DOES #1-5,

                                 Defendants.
------------------------------------------------------------------------x

Index No. # 159784/2021

Law Dep't No.: 2021-001602

**CONSENT TO REMOVAL**

**Sgt. Erin McMorrow**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

            November 18, 2021

                                                         Sgt. Erin McMorrow