STEPHEN J. LIAKAS*
DEAN N. LIAKAS
NICHOLAS LIAKAS

ANTHONY M. DELISO
STEPHANIE M. GALLO*
PAUL F. GENEROSA
JOSEPH GUARDINO*
JAZMINE KENDRICK
MATHEW KERNER
NICHOLAS MINDICINO
JOSHUA PERLMAN
EWELINA SIERZPUTOWSKA
SCOTT A. STEINBERG
JOSHUA L. VERSOZA
CHARLEMAGNE L. YAWN

PAUL V. PRESTIA**

*Also admitted in New Jersey
**Special counsel




**Liakaslaw.com**
65 Broadway
13th Floor
New York, NY 10006

P: (212) 937-7765
F: (877) 380-9432

New Jersey Office
576 Main Street, Suite C
Chatham, NJ 07928

Application GRANTED. Initial conference adjourned from June 13, 2022 to September 9, 2022 at 11:30 a.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981. SO ORDERED.
Dated: 5/2/2022

P. Kevin Castel
United States District Judge

June 3, 2022

**VIA ECF**
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Morrison et al v. The City Of New York , et al
21-cv-10647-PKC

Your Honor,

I represent Plaintiff in the above referenced matter. I write on behalf of all parties to [request a 60-day extension of time to complete mediation in this matter, and a related adjournment of the initial conference] in this matter, currently scheduled for June 13, 2022.

By way of background, Plaintiffs in this matter allege that they were falsely arrested and subjected to excessive force by defendant New York Police Department officers on September 17, 2020. Pursuant to Local Rule 83.10, this matter was referred to the Court's mediation program on December 15, 2022. Mediation was to be held by June 21, 2022.

The parties have been engaged in the limited discovery and the informal settlement negotiation as required by Local Rule 83.10. Myself, defense counsel and the assigned mediator have been attempting to schedule a formal mediation session. However, we have been unable to find a mutually available date for all required parties. Those efforts have been further complicated as defense counsel Assistant Corporation Counsel (ACC) Andrey Udalov is leaving the Office of Corporation Counsel as of June 8, 2022. Accordingly, a date for mediation cannot be set until another ACC is assigned to this matter. As a result, the parties and the mediator agree that an

extension of time is required. We hope that mediation can be scheduled and held by August 22, 2022 and therefore ask for an extension of time to complete mediation until that date.

Related to this request, the parties seek an adjournment of the initial conference scheduled for June 13, 2022 until a date convenient to the Court after the deadline to complete mediation. In the interest judicial economy, the parties seek to engage in the mediation program before entering into a discovery schedule. Moreover, an incoming defense counsel would likely not be prepared to participate fully in a conference so soon after being assigned this matter. Lastly the parties request that the deadline for the proposed case management order be extended until 5 days before the rescheduled initial conference date.

Defense counsel Mr. Udalov consents to these requests.

Thank you for your consideration.

Yours,

Nicholas Mindicino
Liakas Law, P.C.