

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

KELLYANNE HOLOHAN
*Assistant Corporation Counsel*
phone: (212) 356-2249
fax: (212) 356-1148
kholohan@law.nyc.gov

November 2, 2022

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*[handwritten: "Application to stay" or "suspend all deadlines" is DENIED. Conference adjourned from November 9 to February 10, 2023, at 11:30am. Parties to submit proposed case management plan, scheduling order and joint letter five days before conference. SO ORDERED. [signature] USDJ 11-2-22]*

Re:  Hannah Morrison et al. v. City of New York, et al.
     21-CV-10647(PKC)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds, Corporation Counsel for the City of New York and am assigned to the defense in the above-referenced matter. The parties write to respectfully request the Court (1) suspend all deadlines while the parties await the Body Worn Camera ("BWC") footage from the alleged incident in question with the understanding that by November 30, 2022 the parties will file a joint status update with the Court, (2) adjourn the conference currently scheduled for November 9, 2022 to a date and time convenient to the Court after the November 30, 2022 letter is filed. *See* Civil Docket Entry dated October 23, 2022.

    By way of brief background, plaintiffs allege *inter alia*, that they were falsely arrested and subjected to excessive force during demonstrations on September 17, 2020. By 11:00 p.m., that same day they were both released and given desk appearance tickets which were later dismissed. *See* Civil Docket Entry No. 1

    As an initial matter, while scheduling a mediation session has been difficult given the schedule of the parties, the parties have had productive communication regarding settlement. During these discussions it became apparent that the NYPD BWC footage is essential to the parties' discussions. Defendants have requested the videos from the NYPD but have not yet received them. Once the videos are obtained the parties will be able to continue their settlement discussions and hopefully resolve this matter.

    As such, the parties jointly respectfully request the Court (1) suspend all deadlines while the parties await the Body Worn Camera ("BWC") footage from the alleged incident in question with the understanding that by November 30, 2022 the parties will file a joint status update with the Court, (2) adjourn the conference currently scheduled for November 9, 2022 to a date and time

convenient to the Court after the November 30, 2022 letter is filed.  *See* Civil Docket Entry dated October 23, 2022.

Thank you for your consideration herein.

Respectfully submitted,

/s/  *KellyAnne Holohan*

KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  **VIA ECF**
     *All counsel of record*