Paul V. Prestia, Esq.

pp@liakaslaw.com



LIAKAS LAW P.C.

Liakaslaw.com
40 Wall Street, Fl 50
New York, NY 10005
(212)937-7765

February 7, 2023

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The February 9, 2023 conference is VACATED.
SO ORDERED.
Dated: 2/7/2023

P. Kevin Castel
United States District Judge

Re:   Hannah Morrison et al. v. City of New York, et al.
      21-CV-10647(PKC)

Your Honor:

    This firm represents the Plaintiff in the above-referenced matter. I write jointly with Defense Counsel to (1) inform the Court that this matter has settled and, accordingly, (2) respectfully request that the Court adjourn all deadlines and conferences *sine die*.

    By way of brief background, plaintiffs allege *inter alia*, that they were falsely arrested and subjected to excessive force during demonstrations on September 17, 2020. By 11:00 p.m., that same day they were both released and given desk appearance tickets which were later dismissed.

    As an initial matter, the parties apologize for failing to file this letter prior to the deadline for the parties to submit our proposed case management plan prior to the conference scheduled for February 10, 2023. *See* Civil Docket Entry No. 23. As of February 2, 2023, the parties reached a settlement agreement in this matter. Accordingly, the parties write to inform the Court of this settlement agreement and, in light of this settlement agreement, the parties respectfully request the Court adjourn all deadlines and conferences *sine die*.

    Thank you for your consideration herein.

Respectfully submitted,

Paul V. Prestia, Esq.