Case 1:21-cv-10647-PKC  Document 28  Filed 03/07/23  Page 1 of 2



| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | KELLYANNE HOLOHAN<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2249<br>fax: (212) 356-1148<br>kholohan@law.nyc.gov |
|---|---|---|

March 7, 2023

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Hannah Morrison et al. v. City of New York, et al.
21-CV-10647(PKC)

*Application Granted*
*SO ORDERED*
*[signature]*
*USDJ*
*3-7-23*

Your Honor:

I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write to respectfully request that the Court grant an extension of the time to file settlement paperwork from March 9, 2023 until April 9, 2023. Plaintiff's counsel, Paul Prestia, Esq., consents to this request.

By way of brief background, on February 7, 2023 the parties filed a joint letter informing the Court that we had reached a settlement. The undersigned was also assigned to the matter of *Noheme Perez v. Edwards et al.*, 20-cv-01359 (LJL), scheduled to begin trial on February 27, 2023. Due, in part to the trial preparations, as well as other personal and professional obligations, the undersigned was only able to provide plaintiff's counsel with required paperwork on March 2, 2023. Thus, the requested extension will allow plaintiff sufficient time to review, execute, and return the required documents.

Accordingly, and with plaintiff's consent defendants respectfully request that the Court grant an extension of the time to file settlement paperwork from March 9, 2023 until April 9, 2023. Plaintiff's counsel, Paul Prestia, Esq., consents to this request

Thank you for your consideration herein.

Respectfully submitted,

/s/ *KellyAnne Holohan*
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
*All counsel of record*